UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br>Darlene Whatley<br>Debtor. | Chapter 7<br>Case No 26-52222-alt |

**DEBTOR'S MOTION TO REDEEM VEHICLE**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, San Antonio Division; Hipolito F. Garcia Federal Building and United States Courthouse; 615 East Houston Street, Room 597; San Antonio, Texas 78205. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

TO THE HONORABLE JUDGE OF SAID COURT:

The Debtor, Darlene Whatley (the "Debtor"), moves for authority to redeem the vehicle described below from the lien held by Forum Credit Union (the "Creditor") under 11 U.S.C. §§ 506(a)(2) and 722 and Federal Rule of Bankruptcy Procedure 6008. The debtor, by her attorney, represents and states as follows:

1. On 08/11/2026, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The case remains pending in this Court.
2. The Debtor is an individual and owns a 2015 Mercedes-Benz CLA250, VIN ending in 225765, with approximately 225,057 miles (the "Vehicle").

3. The Vehicle is tangible personal property intended primarily for the Debtor's personal, family, or household use.
4. The Creditor holds a lien against the Vehicle securing a consumer debt that is dischargeable in this Chapter 7 case. The approximate petition-date balance is $7,113.00.
5. The Debtor listed the Vehicle on Schedule A/B and claimed the Debtor's interest in the Vehicle exempt on Schedule C. The time to object to the exemption. - Objections to Discharge/Dischargeability due by 11/30/2026
6. In the Debtor's Statement of Intention, the Debtor stated an intent to redeem the Vehicle. Amended on 10/19/2026, Docket No. 10
7. Under 11 U.S.C. § 506(a)(2), the Vehicle's replacement value is $500.00. This amount reflects the retail price for a vehicle of the same kind, considering its age and condition, including **Rear left bumper damage, windshield crack, coolant leak, gas leak, badge missing from front, radio and phone not working**. A supporting valuation dated 10/15/2026 is attached as Exhibit A.
8. The Debtor proposes to redeem the Vehicle by paying the Creditor $500.00 in full at the time of redemption. The Debtor **has funds available** and will tender payment within **10** days after entry of the Court's order, subject to any funding requirements stated in the order.
9. The proposed redemption amount equals the allowed secured portion of the Creditor's claim for purposes of redemption. Any portion of the Creditor's claim exceeding that amount is unsecured and will be treated in accordance with the Bankruptcy Code and any discharge entered in this case.
10. Redemption will preserve the Debtor's necessary transportation while paying the Creditor the value of its secured interest in a single lump-sum payment. The requested relief is authorized by 11 U.S.C. § 722 and Federal Rule of Bankruptcy Procedure 6008.

**WHEREFORE,** the Debtor requests that the Court enter the proposed order: (a) determining the Vehicle's replacement value and the allowed secured amount of the Creditor's claim for redemption purposes; (b) authorizing the Debtor to redeem the Vehicle by paying that amount in full; (c) requiring the Creditor, after receiving cleared

funds, to release its lien and deliver any title or lien-release documents necessary to reflect the Debtor's unencumbered ownership; and (d) granting all other just and proper relief.

Respectfully Submitted, By: /s/ Daniel J. Ciment

Daniel J. Ciment TBN: 24042581
George Richard Carter III TBN: 24128774
Ciment Law Firm, PLLC
221 Bella Katy Drive Katy, Texas 77494
Phone: (346) 307-9343
Fax: (832) 645-5165
**Attorneys for Debtor**

# Exhibit A

# CERTIFICATE OF SERVICE

I certify that on **10/22/2026**, a true and correct copy of the Debtor's Motion to Redeem Vehicle was served by the Court's CM/ECF system on all registered users entitled to electronic notice and by the method shown below on the following parties:

Darlene Whatley
1947 Split Mountain
Canyon Lake, TX 78133

Ron Satija
PO Box 660208
Austin, TX 78766

US Trustee,
515 Rusk, Suite 3516
Houston, Texas 77002

/s/ Daniel J Ciment
Daniel J Ciment

**Capital One**
Bankruptcy Department
1 Corporate Drive Suite 360 Lake
Zurich, IL 60047-8924

**Cbna**
Attn: Bankruptcy
P.O. Box 6497
Sioux Falls, SD 57117

**Chase Card Services**
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE 19850

**Citibank/Best Buy**
PO Box 7900441
Saint Louis, MO 63179

**Comenity Bk/Ulta**
Attn: Bankruptcy Dept PO Box 182125
Columbus, OH 43218

**Concora Credit**
PO Box 4477
Beaverton, OR 97076

**Covington Credit**
Attn: Bankruptcy P.O.Box 1947
Greenville, SC 29602

**Credit One Bank**
Corporate Office
6801 S. Cimarron Rd.
Las Vegas, NV 89113

**Forum Credit Union**
Attn: Bankruptcy
11580 USA Parkway
Fishers, IN 46037

**LendingPoint LLC.**
Attn: Bankruptcy
1201 Roberts Blvd Suite 200
Kennesaw, GA 30144

**Mariner Finance**
Attn: Bankruptcy
8211 Town Center Drive Nottingham,
MD 21236

**Public Storage**
2505 S Hackberry St
San Antonio, TX 78210

**Regional Fin**
Attn: Bankruptcy
979 Bateville Road Suite B
Geer,SC 29651

**Republic Finance Llc**
8428 Parkwood Blvd
Plano, TX 75024

**Syncb/ccdstr**
Attn: Bankruptcy PO Box 965065
Orlando, FL 32896

**Synchrony Bank/Care Credit**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony Bank/TJX**
Attn: Bankruptcy
P.O Box 965060
Orlando, FL 32896

Tow**er Loan**
Attn: Bankruptcy
PO Box 320001
Flowood, MS 39232

**Verizon Wireless**
National Recovery Operations
PO Box 26055
Minneapolis, MN 55426

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus MAC X2303-01A
3rd Floor
Des Moines, IA 50328