# Exhibit A

AutoNation Certified Offer

# We'll Buy Your Car *Whether You Buy a Car From Us Or Not!*

*Bring this certificate to any of our AutoNation store locations and get paid for your car.*

## VEHICLE CONDITION REPORT

### Exterior
**Exterior Color** Night Black
**Body Condition** *Needs body repair - "Rear left bumper damage, windshield crack, coolant leak, gas leak, badge missing from front, radio and phone not working"
**Glass Condition** *Cracks / Chips - "Rear left bumper damage, windshield crack, coolant leak, gas leak, badge missing from front, radio and phone not working"
**Addtl Exterior Modifications** No
**Standard Wheels/Tires** Yes
**Rust Condition** None

### Interior
**Interior Condition** *Seat Damage

### Mechanical
**Material Covering Seats** Leather
**Overall Driving Condition** *Drives OK but needs work
**Engine Condition** No issues
**Needs Mechanical Work** No work needed
**Tires Condition** None
**Warning Lights** *Engine
**Any Accident History** No

### Additional
**Leather** Yes
**Sport Package** No
**Navigation System** No
**Panorama Roof** No
**Sets of Keys** 2

*Come In Prepared and*
***Get Paid for Your Car !***
*Please bring in your vehicle and the following items:*

- ***Valid Registration & Driver's License***
- ***Title*** *(if paid in full)*
- ***Lien Holder Name, Phone & Account #*** (if applicable)*

*Check amount will be less any outstanding liens*

***Call AutoNation Today!***
**844-431-1017**
Mon - Sat 9:00AM - 8:00PM
Sun Closed

*We reserve the right to modify or cancel this offer if the condition of the vehicle does not meet the description of the vehicle provided. Offer void if the vehicle odometer mileage exceeds the described mileage by 500 or more miles. The AutoNation Certified Offer must be redeemed on or before the expiration date listed on the Certificate but in no event later than 7 days after the certificate was issued. The vehicle must be delivered with a valid registration and title in your name (all individuals listed on title must be present). Check amount paid to you will be net of all outstanding liens or payoffs due on the vehicle. You are responsible for any loan balances in excess of the Appraisal Offer amount. Vehicle must be delivered to an AutoNation Inc. retail location. Checks provided by AutoNation for payment for your vehicle will have anti-fraud protection that may delay cashing the check by several business hours.

AutoNation

CERTIFIED OFFER AMOUNT

PAY TO THE ORDER OF *Darlene Whatley* $ **500***

***Five Hundred and 00/100*** DOLLARS

**VEHICLE INFORMATION:**

**THIS IS NOT A CHECK**

**2015 Mercedes-Benz CLA-Class** CLA 250 Coupe 4dr Front-Wheel Drive
**VIN: WDDSJ4EB5FN225765**
Odometer: 229,000
Transmission: Automatic

***Certificate No. IA 464816292-1571553801 | Issued to: whatley.darlene@yahoo.com | Certificate Issue Date 10/15/2026 | Expires on 10/22/2026***