UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br>Darlene Whatley<br><br>Debtor. | Chapter 7<br>Case No 26-52222-alt |

**[PROP] ORDER GRANTING DEBTOR'S MOTION TO REDEEM VEHICLE**

Debtor Darlene Whatley, through her counsel, presented to the Court the Motion to Redeem Vehicle (the “Motion”), the Court finds that the Motion should be GRANTED.

ACCORDINGLY, IT IS ORDERED that:

a) The 2015 Mercedes-Benz CLA250, VIN ending in 225765 shall be valued at $500.00; and
b) The Debtor can redeem the Vehicle by paying that amount in full to Forum Credit Union; and
c) Forum Credit Union, after receiving the cleared funds, shall release its lien and deliver or cause to be delivered any title or lien-release documents necessary to

reflect the Debtor’s unencumbered ownership.

###

Prepared by:
By: /s/ Daniel J Ciment
Daniel J Ciment TBN: 24042581
George Richard Carter III TBN: 24128774 Ciment Law Firm, PLLC
221 Bella Katy Drive Katy, TX 7749
Phone: 833-663-3289
Attorneys for Debtor(s)